FILED
July 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002756481

Thomas O. Gillis, Esq., SBN 40186
GILLIS LAW OFFICE
1006 H Street, Suite 1
Modesto, CA 95354
Telephone: (209) 575-3116
Facsimile: (209) 575-5956

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In Re:

JOSE ARIAS

Debtors.

CASE NO.: 10-35102
Chapter 7
DCN-TOG-1

DATE: August 23, 2010
TIME: 9:00 a.m.
JUDGE: Michael S. McManus
PLACE: U.S. Bankruptcy Court
501 I STREET, 7th FLOOR,
SACRAMENTO, CALIFORNIA.

**MOTION TO COMPEL ABANDONMENT OF BUSINESS BY TRUSTEE**

Debtor hereby requests an order requiring the trustee to abandon the business of Jose De Jesus Lopez Arias, dba Lopez House Cleaning, for the reasons set forth in the Declaration of Debtor, filed concurrently herewith.

Dated: July 6, 2010

THOMAS O. GILLIS, Attorney
For Debtor